IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ERIC ARCHIE,

      Petitioner,

      v.

PHIL KERNS, Warden,

      Respondent.

CASE NO. 2:08-CV-147
JUDGE MARBLEY
MAGISTRATE JUDGE KING

## OPINION AND ORDER

On January 15, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be transferred to the United States Court of Appeals for the Sixth Circuit as a successive petition. Petitioner has filed a response to the Magistrate Judge's recommendations, but he does not appear to object to the Magistrate Judge's recommendation that his habeas corpus petition be transferred to the Court of Appeals as successive. *See* Doc. No. 17.

The Magistrate Judge's *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This action hereby is **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit as a successive petition.

      **IT IS SO ORDERED.**

      *s/Algenon L. Marbley*
      ALGENON L. MARBLEY
      United States District Judge